IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PARNELL R. MAY**                                                                     **PLAINTIFF**
**#22568-16**

**V.**                           **CASE NO. 4:21-CV-154-LPR-BD**

**ERIC HIGGINS,** *et al.*                                                **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I. Procedures for Filing Objections

This Recommendation has been sent to Judge Lee P. Rudofsky. Any party may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Rudofsky can adopt this Recommendation without independently reviewing the record.

### II. Discussion

Plaintiff Parnell M. May, a pretrial detainee in the Pulaski County Detention Facility, filed this lawsuit without the help of a lawyer. He claims that Defendants violated his rights by failing to provide him with adequate medical care for COVID-19 symptoms. (Doc. No. 2)

Mr. May has now moved to dismiss his claims. (Doc. No. 21) The Defendants have no objection to a voluntary dismissal. (Doc. No. 22)

## III.  Conclusion

The Court recommends that Mr. May's motion to dismiss (Doc. No. 21) be GRANTED. The case should be DISMISSED, without prejudice.

DATED this 17th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE