IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PARNELL R. MAY**                                                                                            **PLAINTIFF**
**#22568-16**

**V.**                 **CASE NO. 4:21-CV-154-LPR-BD**

**ERIC HIGGINS,** *et al.*                                                                        **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Beth Deere. The parties have not filed objections. Indeed, all parties agree to the dismissal, which was sought by Mr. May. After a careful and de novo review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. May's Motion to Dismiss (Doc. 21) is GRANTED. This case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 27th day of May 2021.

                                                                                 _____
                                                                                 LEE P. RUDOFSKY
                                                                                 UNITED STATES DISTRICT COURT