IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PARNELL R. MAY**  **PLAINTIFF**
**#22568-16**

V.  CASE NO. 4:21-CV-154-LPR-BD

**ERIC HIGGINS,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 27th day of May 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT